# United States District Court
## For The Western District of North Carolina
## Statesville Division

VAUGHN COULTER,

       Petitioner,                            JUDGMENT IN A CIVIL CASE

vs.                                                 5:12CV84-2
                                                     (5:05CR27-1)

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2012 Order.

                                        Signed: August 14, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court