# United States District Court
# For The Western District of North Carolina
# Statesville Division

VAUGHN COULTER,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                          5:12CV84-2
                                            (5:05CR27-1)

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2012 Order.

                                          Signed: August 14, 2012

                                          */s/ Frank G. Johns*

                                          Frank G. Johns, Clerk
                                          United States District Court